**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
:
UNITED STATES OF AMERICA            :
:
-against-                           :           **ORDER**
:
:
:
**CHRISTIAN GUZMAN**                :           98 Crim. 846-1
:           Docket #
------------------------------------x


<u>George B. Daniels</u>      , **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

<u>Karloff Commissiong</u>           is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC <u>02/16/2021</u>.


**SO ORDERED.**

FEB 1 1 2021

_George B. Daniels_
**UNITED STATES DISTRICT JUDGE**


**Dated:  New York, New York**
      02/11/2021