UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

-against-

CHRISTIAN GUZMAN,

          Defendant.

------------------------------------x

98 Cr. 846-1 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 16 2021

GEORGE B. DANIELS, United States District Judge:

    The violation of supervised release hearing currently scheduled for February 16, 2021 is adjourned to March 9, 2021 at 10:00 a.m.

Dated: New York, New York
       February 16, 2021

                              SO ORDERED.

                              *George B Daniels*
                              GEORGE B. DANIELS
                              United States District Judge