

ADAMS & COMMISSIONG LLP
USDC SDNY
ATTORNEYS AT LAW
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 27 2021

65 BROADWAY SUITE 715
NEW YORK, NY 10006
TEL: 212-430-6590
FAX: 212-981-3305

MARTIN E. ADAMS
KARLOFF C. COMMISSIONG
ADMITTED TO PRACTICE IN NEW YORK
WWW.AMCMLAW.COM

May 27, 2021

**VIA ECF AND ELECTRONIC MAIL**

SO ORDERED

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

MAY 2 7 2021

The conference is adjourned from
June 7, 2021 to July 20, 2021 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: <u>United States v. Christian Guzman</u>, 98 Cr. 846 (GBD) - Request for adjournment of
VOSR Hearing

Dear Judge Daniels:

I write to request a 45-day adjournment of the Violation of Supervised Released Hearing
(VOSR) scheduled for June 1, 2021. The government consents to this request. Additional
time is necessary to review and discuss: 1) the specifications listed in the Request for
Summons with Mr. Christian Guzman, 2) his associated case in New Jersey State Court
and 3) a possible plea in this matter. Accordingly, I request a 45-day adjournment of the
VOSR scheduled for June 1, 2021.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

Cc:     AUSA Kevin Meade (via electronic mail)