

ADAMS & COMMISSIONG
ATTORNEYS AT LAW

65 BROADWAY SUITE 715
NEW YORK, NY 10006
TEL: 212-430-6590
FAX: 212-981-3305

MARTIN E. ADAMS
KARLOFF C. COMMISSIONG
PRACTICE IN NEW YORK
WWW.AMCMLAW.COM

July 19, 2021

**VIA ECF AND ELECTRONIC MAIL**

SO ORDERED

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The conference is adjourned from July 20, 2021 to August 31, 2021 at 10:00 a.m.

George B. Daniels

JUL 20 2021

Re: <u>United States v. Christian Guzman</u>, 98 Cr. 846 (GBD) - Request for adjournment of VOSR Hearing

Dear Judge Daniels:

I write to request a 30-day adjournment of the Violation of Supervised Released Hearing (VOSR) scheduled for July 20, 2021. The government consents to this request. On the newly scheduled date, the parties expect that Mr. Guzman will plead to certain specifications or that a prompt hearing date will be requested.

Additional time is also necessary to review and discuss: 1) the specifications listed in the Request for Summons with Mr. Christian Guzman and 2) a possible plea in this matter. Accordingly, I request a 30-day adjournment of the VOSR scheduled for July 20, 2021.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

Cc: AUSA Kevin Meade (via ECF)