UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

        -against-

CHRISTIAN GUZMAN,

                Defendant.

------------------------------------- x

ORDER

98 Cr. 846-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for October 19, 2021 is adjourned to November 2, 2021 at 10:00 a.m.

Dated: New York, New York
      October 18, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge