UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

-against-

CHRISTIAN GUZMAN,

         Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 1 2021

ORDER

98 Cr. 846-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The conference scheduled for November 2, 2021 is adjourned to December 7, 2021 at 10:00 a.m.

Dated: New York, New York
       November 1, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge