**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

CHRISTIAN GUZMAN,

    Defendant.

------------------------------------- x

DEC 1 3 2021

ORDER

98 Cr. 846-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing scheduled to occur on December 14, 2021 is adjourned to December 16, 2021 to at 9:45 a.m.

Dated: New York, New York
      December 13, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge