**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

CHRISTIAN GUZMAN,

    Defendant.

------------------------------------ x

FEB 07 2022

ORDER

98 Cr. 846-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing scheduled on February 8, 2022 is adjourned to March 1, 2022 to at 9:45 a.m.

Dated: New York, New York
      February 7, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge