UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

-against-

CHRISTIAN GUZMAN,

Defendant.

------------------------------------ x

ORDER

98 Cr. 846-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of Court is directed to close the following letter motions: ECF Nos. 158, 165, and 169.

Dated: New York, New York
February 16, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge