UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

CHRISTIAN GUZMAN,

              Defendant.

------------------------------------- x

<u>ORDER</u>

98 Cr. 846-1 (GBD)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: FEB 28 2022*

GEORGE B. DANIELS, United States District Judge:

    The violation of supervised release hearing scheduled for March 1, 2022 is adjourned to March 8, 2022 at 10:00 a.m.

Dated: New York, New York
       February 28, 2022

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge