**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

CHRISTIAN GUZMAN,

                          Defendants.

------------------------------------------x

ORDER

98 Cr. 00846 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is directed to close the open motion at ECF No. 172 as having been resolved by this Court's order at ECF No. 173.

Dated: October 17, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge